UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PEBBLE LIMITED PARTNERSHIP., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 22-3709 (CJN) |
| UNITED STATES DEPARTMENT OF THE ARMY, | ) ) ) | |
| Defendant. | ) ) ) | |

## DEPARTMENT OF DEFENSE ANSWER

Defendant, United States Department of Defense, by and through undersigned counsel, respectfully submits this Answer to the Complaint for Declaratory and Injunctive Relief ("Complaint") (ECF No. 1) filed by Pebble Limited Partnership, ("Plaintiff") on December 12, 2022. Any allegations not specifically admitted, denied, or otherwise responded to below are hereby denied.  Defendant reserves the right to amend, alter, and supplement this Answer as the facts and circumstances giving rise to the Complaint become known to Defendant throughout the course of this litigation.

## JURISDICTION AND VENUE[1]

1.  Admitted.

2.  Admitted.

---

[1] For ease of reference, this Answer replicates the headings contained in the Complaint. Although Defendant believes that no response is required to such headings, to the extent a response is deemed required and to the extent those headings could be construed to contain factual allegations, those allegations are denied.

## PARTIES

3. Admitted

4. Admitted

## STATUTORY FRAMEWORK

5. This paragraph consists of conclusions of law, not allegations of fact, to which no response is required. Defendant respectfully refers the Court to the FOIA for a full and accurate statement of its contents and denies any allegations in Paragraph 5 inconsistent therewith.

6. This paragraph consists of conclusions of law, not allegations of fact, to which no response is required. Defendant respectfully refers the Court to the FOIA for a full and accurate statement of its contents and denies any allegations in Paragraph 6 inconsistent therewith.

7. This paragraph consists of conclusions of law, not allegations of fact, to which no response is required. Defendant respectfully refers the Court to the FOIA for a full and accurate statement of its contents and denies any allegations in Paragraph 7 inconsistent therewith.

8. This paragraph consists of conclusions of law, not allegations of fact, to which no response is required. Defendant respectfully refers the Court to the FOIA for a full and accurate statement of its contents and denies any allegations in Paragraph 8 inconsistent therewith.

9. This paragraph consists of conclusions of law, not allegations of fact, to which no response is required. Defendant respectfully refers the Court to the FOIA for a full and accurate statement of its contents and denies any allegations in Paragraph 9 inconsistent therewith.

10. This paragraph consists of conclusions of law, not allegations of fact, to which no response is required. Defendant respectfully refers the Court to the FOIA for a full and accurate statement of its contents and denies any allegations in Paragraph 10 inconsistent therewith.

11. This paragraph consists of conclusions of law, not allegations of fact, to which no response is required. Defendant respectfully refers the Court to the FOIA for a full and accurate statement of its contents and denies any allegations in Paragraph 11 inconsistent therewith

12. This paragraph consists of conclusions of law, not allegations of fact, to which no response is required. Defendant respectfully refers the Court to the FOIA for a full and accurate statement of its contents and denies any allegations in Paragraph 12 inconsistent therewith

## FACTS

13. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in this paragraph.

14. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in this paragraph.

15. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in this paragraph.

16. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in this paragraph.

17. Defendant admits that Plaintiff submitted a FOIA request on March 10, 2022. Defendant respectfully refers the court to the cited request (attached as Exhibit 1 to the Complaint) for a complete and accurate statement of its contents and denies any allegations inconsistent therewith.

18. Admitted.

19. Admitted.

20. Admitted.

21. Defendant admits the Plaintiff inquired as to the status of the FOIA request and that no update was provided.

22. Defendant admits that Plaintiff sent a letter to Defendant. Defendant respectfully refers the court to the cited request (attached as Exhibit 4 to the Complaint) for a complete and accurate statement of its contents and denies any allegations inconsistent therewith.

23. This paragraph consists of conclusions of law, not allegations of fact, to which no response is required.

## COUNT 1

## Violation of FOIA, 5 U.S.C. § 552

24. Defendant incorporates its responses to Paragraphs 1-23 here.

25. Denied.

26. This paragraph consists of conclusions of law, not allegations of fact, to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 26.

WHEREFORE, the next paragraph is the prayer for relief, subparagraphs 1 through 5, which contain Plaintiff's requested relief to which no response is required. To the extent a response may be deemed required, Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

## DEFENSES

In further response to the Complaint, Defendant raises the following defenses.  Defendant may have additional defenses which are presently unknown but may be ascertained at a later time. Defendant reserves the right to assert each and every affirmative or other defense that may be available, including any defenses available pursuant to Federal Rules of Civil Procedure 8 and 12.

### First Defense

The Court lacks subject matter jurisdiction over Plaintiff's requests for relief that exceed the relief authorized under FOIA, 5 U.S.C. § 552.

### Second Defense

Plaintiff is not entitled to compel the release of records exempt from disclosure under FOIA.  *See* 5 U.S.C. § 552(b).

### Third Defense

Plaintiff has failed to exhaust available and necessary administrative remedies before filing this suit.

### Fourth Defense

Defendants have exercised due diligence in processing plaintiff's FOIA request and exceptional circumstances exist that necessitate additional time for the defendants to complete their processing of the FOIA request. *See* 5 U.S.C. § 552(a)(6)(C).

### Fifth Defense

Plaintiffs are not entitled to any relief under the FOIA, 5 U.S.C. § 552

**Sixth Defense**

Plaintiffs are not entitled to attorney's fees or costs.

Dated: February 27, 2023
Washington, DC

                                  Respectfully submitted,

                                  MATTHEW M. GRAVES, D.C. Bar. #481052
                                  United States Attorney

                                  BRIAN P. HUDAK
                                  Chief, Civil Division


By:       /s/ *John B. Haberland*
        JOHN B. HABERLAND, CT Bar # 426298
        Special Assistant United States Attorney
        601 D Street, NW
        Washington, DC 20530
        (202) 252-2574
        john.haberland@usdoj.gov

*Attorneys for the United States of America*