UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEBBLE LIMITED PARTNERSHIP,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY,<br><br>        Defendant. | Civil Action No. 22-3709 (AHA) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby jointly stipulate to dismiss this action with prejudice, with each side to bear its own fees and costs.

Dated: June 4, 2025
       Washington, DC

                                            Respectfully submitted,

                                            JEANINE FERRIS PIRRO
                                            United States Attorney

*/s/ Sabra Messer*                      By:      */s/ Brian C. Tracy*
Sabra Messer (D.C. Bar No. 1740797)           BRIAN C. TRACY, NE Bar # 25379
STEPTOE LLP                                          Special Assistant United States Attorney
1330 Connecticut Avenue, NW                   601 D Street, NW
Washington, DC 20036-1795                      Washington, DC 20530
(202) 429-3000                                               (202) 252-2574
smesser@steptoe.com                                  brian.tracy@usdoj.gov

*Attorney for Plaintiff*                                      *Attorneys for the United States of America*